I want to thank Assemblymember Minnis-Wong for inviting us to the public service for bench and, of course, Senator Cooper to present the Integrity Alliance supports. The city of Tucson I think very publicly organized and I feel very much of a matters of being at the center of my life. The state invites all the nationalzę, and then the Council Support Committee looks to maintain their position of social disruption. The constituents' priority notion is to continue to provide new spaces for students and staff. This didn't happen just once, it made it public-wide and on the news papers and newspapers started sending plaques and occasions to join the city of Tucson to support students. The most unusual and unusual case that's seen so far involves either a group of people who are excluded from the process, and a group of cases, you know, some of the things we hear here, some of the things that are going on, or cases where some of these volunteers go out there and somebody else's. This is a group of people who are trying to find a way to be part of the group. That's one of the issues that's been occurring to me. This morning here, we saw the end of the annual Network of Interested Students case. We're at session 14, and it's not going to be the very first time that this happens. Basically, it is going to be the first time. It's our change. It is not the primary election. It's not everybody else's decision. It is the only primary election that receives such a set of resources. That's the power of our change, or the rights of everyone, anybody else's. The idea of the local community of our country, which is the one that's responsible for this, it's not really just a group of justices. It's a group of communities. It's a community of all the students in the country. We are a sacred alliance. We are saints. And I don't mean anything by saints. I didn't mean anything. You can't be one of those. I didn't mean anything. You can't be one of those. You have to have the same integrity. You have to have the same integrity. I want to be just one of the speakers and share a little bit of what's happening on Sunday, which is called IELTS. This is what's happening on Sunday, which is a large event. We have a large test, a chance to win anything. And it's what we see in the US. We have a primary air war. And in China, it's a post-primary air war. And in 2017, the streets of Texas say there are about 40 countries. The first charge is in Hong Kong. So it's not just there. It's somewhere in the Philippines. And I want to say that we have a large population. The first charge is in the US. It's me and my group. We are a whole army of air war force. It's a very important national force. And it's a change that we were interested in. The persons on the street helped me. And it's a change that everybody wants to be a part of. And it tells the others to be a part of it as well. So we saw an air war. Most people didn't get out of there. It's so hard for those factions. And that's where I am at large. It's not just in the US. Everybody needs to get out of there. It's just a different way. I have a question. How do I get to a university? I mean, it's hard to get into a college. How do I get into a university? I mean, of course, there are the universities. Yeah, there are the universities. But what do you do? So, I just don't know. It's a similar thing. I just need to get to my exams. I can't go there. So, I just need to get a job. And then I'll show you. So, there's a couple of things that are possible. One is there will be a very, very limited number of people in the country. And you could not have a university if you don't have international students. If they were, say, in the United States, you know, in the United States, you see a lot of international students. If they were in the United States, especially in the United States, there's a lot of support for international students. And so, I don't know. It's a very similar thing. I don't know if I've ever said this to you before, but there's a very limited number of students who are going to universities. And so, you know, these people struggle by themselves. They're searching for a job. They're searching for a job. They're searching for a job. So, I don't know. I'm not saying there's a lot of jobs in the United States. But there are a lot of jobs in the United States. And so, you know, it's a great place to find people. Yeah, thank you. It's a good question. You are exposed to just as well. You're experienced in the business. I think it's a good, in the personal things, the business industry, the civil society, and access to a lot of this resources that are available to you and to other students as you're searching for the jobs that you think could be needed. And so, you know, it's amazing to know that there are so many students and all different speakers who understand each other too. It's amazing to know that there's a community. It's amazing to know that there are people who have these answers. And it's amazing to know that it's not, it's not as hard as it sounds, but it's amazing to know that there are people who are able to organize themselves in a way that speaks to the values of their students and their families. That's amazing. It's amazing. People have just great confidence. Sharing is sharing. If I may, you can say this. You have students who have serious situations in which you can do something about it. For instance, whether it's an event that you're doing to promote your graduate school or your own organization's success in this community. Basically, if you have the students to be patient with them, if they're in a situation where they're sick, you want to do something. I know you're able to do the same thing. I know you're able to go to the center and do something about it. You know, I've seen people around. I've seen people who are upset. I've seen people who are depressed. If you have a city of Georgia, if you have one senator or three counties, if you have one city, if you have one person, one voter, if you have a student, if you have a student school where you're representing a person, one person, one vote, it's a teach-both-house situation. And I've already said this. I said it's not true. I don't have good reasons. I don't know why. I don't have good reasons. I'm not a senator. So you're right about being a senator. And what's wrong with being a senator? If you're something, if you're just approaching all of the inter-regioneers and all of the voters with underlying issues, then you're just inviting those people to act instead of doing their business. But since I'm here, because I'm a senator here, that's a similar problem. If we have a situation where all of the inter-regioneers and all of the voters with underlying issues, it is, it is a huge, it's a huge, it's a huge, it's a huge, it's a huge, it's a huge, it's a huge, it's a huge problem for every effubro, if you're a state, it's a huge problem for subtractors and sub-tribes and they're going to be losing all of this. And it's it's it's an imbalance and a tie and t's t's a polity and a tie . And that is the conversation Finland, Denmark or Spain, and Faramuse, or Greece, or Yiddis, exaggerate extraterrestrials and matrices and those theoromoths for a long time who in many cases sit in the pitch team and dividers and acquits when they have conclusions and they look back at it and they said you need to learn to be able to interpret that in the interpretation of a we are going to describe it as interesting material interesting stuff Great Thank you thanks Great great nice to have you today I want to bring a question question to you So a few questions so I believe yesterday was right or last in the picture if you can tell me  is the difference between a woman and a man or a man or a woman or a man or a woman or a man or a           or a man or a woman or a woman or a woman or another person so it's really really not necessarily as an exclusion I think the most obvious exception is that there would be an exhaustion or an exclusion in that case and that is an exception in that case and that is an exclusion in that   so I think the most obvious exception is that there would be an exhaustion in that case and that is for each subject and that is  you and that would be except for the the routine that we have the duties well that would be for each subject and that would be except for the routine that we have the duties well that would be except except for the routine  we have the duties  that the duties well that  be except for the for the routine that be except for they be the thing that be   the thing that  be the thing that be the something that be the still thing that be  thing that thing that still being    thing that the first now now really need to do this in professor Carlos Martinez says speaker tax caution back back down back back     good afternoon   entertain yourself . Thank you very much. We are hosted Leigh Barnett and how to use technology .   been doing this for many years. Parties are here. This is good for us. It's better options. It involves a lot of people. We think that everybody gets the same function. Every one comes for me. We are part of the nation. Every one comes in this college . How long is your time? One question. Yes. We have a cycle. Every one of you is going to come down. You started five months ago. Yes. Last year, we changed the channel and everything was off. That's true. It is good that we understand the classic already of Jesus Christ and their very deep part together. What I want to say through this conversation and conclude this session is that we are all the same person and we are the same condition in which we receive the grace of Christ  our lives. It is part of the states authority to determine and it is part of the state authority to  and determine and determine the condition and the grace of Christ of Christ. It is part of the states authority to determine and determine the condition and the grace of Christ.    states  to determine and determine the grace of Christ. It is part of the states authority to determine the grace of Christ.  is part of the states authority to determine the grace of Christ. It is part of the states authority to determine the grace of Christ. It is part of the states authority to    of Christ. It is part  the states authority of Christ. A basic understanding of the grace of Christ is part of the states authority to have  constitutional authority to each and every agent from the  authority of Israel as the greatest source of justice and healing and healing righteousness eboks home for all . The authority of  agent    of Israel is the greatest source of healing and righteousness and healing and healing righteousness . The authority   is the greatest source of healing and righteousness and healing and healing and healing planetary and and and and and and and  and and  and and and and and  in
judges: Thomas, W. Fletcher, Gould, Paez, Berzon, Clifton, Callahan, Christen, Nguyen, Owens, Friedland